1  ROBERT LAMANUZZI, SBN 213673
2  Attorney at Law
   1330 L Street   Suite D
3  Fresno CA 93721
   (559) 441-1979
4
   Attorney for Defendant
5  BRANDON HOPKINS

6

7                    UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        | Case No. 1:18-cr-00090 LJO-SKO
11 |         Plaintiff,               | STIPULATION AND ORDER TO
   |                                  | CONTINUE HEARING
12 |     v.                           |
13 | BRANDON HOPKINS,                 |
14 |         Defendant.               |

15

16      IT IS HEREBY STIPULATED by and between the parties hereto through their respective

17 counsel, ROBERT LAMANUZZI attorney for Defendant BRANDON HOPKINS, and

18 VINCENZA RABENN, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled

19 for January 7, 2019, shall be calendared for JANUARY 22, 2019, at 10:00 a.m.

20      Defendant's counsel needs to continue the hearing due to a juvenile trial scheduled on the

21 same day.  Assistant United States Attorney Vincenza Rabin has no objection to the continuance.

22 Ms. Rabin may need to appear by telephone on January 22, 2019, as she has relocated to the

23 Sacramento office.

24      The parties stipulate that the time until the next hearing should be excluded from the

25 calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are

26 served by the court excluding such time, so that counsel for the defendant may have reasonable

27 time necessary for effective preparation, taking into account the exercise of due diligence.  18

28 U.S.C. §3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice are served

                                            1

by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated: January 3, 2109  Respectfully submitted,

/s/ ROBERT LAMANUZZI
ROBERT LAMANUZZI
Attorney for Defendant,
BRANDON HOPKINS

Dated:  January 3, 2019  Respectfully submitted,

/s/ Vincenza Rabin
VINCENZA RABIN
Assistant U.S. Attorney

## **ORDER**

The hearing as to the above named defendant currently scheduled for January 7, 2019, is vacated and the hearing will be heard on JANUARY 22, 2019 at 10:00 a.m. in Judge O'Neill's courtroom.  If necessary, Ms. Rabenn is allowed to appear by telephone.

The January 22 hearing will either be a change of plea hearing or a trial setting conference.

IT IS SO ORDERED.

Dated:   **January 4, 2019**  _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE