| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | VINCENZA RABENN<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BRANDON HOPKINS.,<br><br>　　　　　　　Defendant. | CASE NO. 1:18-CR-00090-LJO-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: 10/28/19<br>TIME: 10:00 a.m.<br>COURT: Hon. Lawrence J. O'Neill |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 28, 2019.

2. By this stipulation, counsel for the government and defendant now moves to continue the sentencing until November 18, 2019.

3. The reason for the continuance is to accommodate counsel for the government's travel and litigation schedule, and to allow counsel for the defense additional time to effectively prepare for sentencing.

4. The parties agree and stipulate that no changes to the pretrial referral schedule are necessary.

5. Accordingly, the parties request that the court order the sentencing hearing currently set for October 28, 2019 be rescheduled for November 18, 2019.

IT IS SO STIPULATED.

Dated: October 23, 2019
McGREGOR W. SCOTT
United States Attorney

/s/ VINCENZA RABENN
VINCENZA RABENN
Assistant United States Attorney

Dated: October 23, 2019
/s/ ROBERT C. LAMANUZZI
ROBERT C. LAMANUZZI
Counsel for Defendant
Brandon Hopkins

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated: **October 23, 2019**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE