McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BRANDON HOPKINS,<br><br>  Defendant. | No. 1:18-CR-00090-LJO-SKO<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on September 6, 2019, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Brandon Hopkins in the below-listed property;

AND WHEREAS, on September 11, 2019, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Brandon Hopkins in the following property:

    a. Black/silver .380 semi-automatic Ruger, Model – LCP, with obliterated serial number, loaded with Winchester .380 caliber rounds;

    b. Black/silver LG tablet, serial number/FCC ID: ZNFV495;

    c. Apple Mac laptop, serial number C02KQ3AGF5N8;

    d. Blue Alcatel (AT&T) cellular phone; and

    e. White Cricket cellular phone.

AND WHEREAS, beginning on October 25, 2019, for at least thirty (30) consecutive days respectively, the United States published notice of the Court's Orders of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Brandon Hopkins.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **January 24, 2020**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE